UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                              )
                                    )
    Shelly Frankel              )
    Scott Frankel               )              No. 20-20542
                                    )
                                    )              Chapter 13
                                    )
_____

Creditor: UPMC Health Services

NOTICE OF WITHDRAWAL OF CLAIM

    Notice is hereby given that UPMC Health Services hereby withdraws claim number 11 previously filed in this matter on April 20, 2020.

                Respectfully Submitted,

                By: _____/s/ Christina Clark___

                DCM Services / Bankruptcy
                PO Box 1123
                Minneapolis, MN 55440
                Phone: 612-243-8754
                Fax: 612-243-8309