**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Scott J Frankel** | Social Security number or ITIN | **xxx–xx–7746** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Shelly T Frankel** | Social Security number or ITIN | **xxx–xx–3264** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **20–20542–CMB**

---

# Order of Discharge                                                12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Scott J Frankel                               Shelly T Frankel


<u>2/17/21</u>                                  **By the court:** <u>Carlota M. Bohm</u>
                                               United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 20-20542-CMB

Scott J Frankel                                                                         Chapter 7

Shelly T Frankel

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                  User: admin                                      Page 1 of 3

Date Rcvd: Feb 17, 2021                          Form ID: 318                               Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott J Frankel, Shelly T Frankel, 111 Wynwood Court, Irwin, PA 15642-4741 |
| intp | + | Edward J. Brown, 319 E. Agnew Avenue, Pittsburgh, PA 15210-4213 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | UPMC Health Services, c/o DCM Services/Bankruptcy, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15200062 | | Capital Management Services, LP, 398 1/2 South Ogden Street, Buffalo, NY 14206 |
| 15200052 | | Chas M. Sledd Company, c/o Bernstein Burkley, P.C., Suite 22, Gulf Tower, Pittsburgh, PA 15219 |
| 15231032 | + | Dafney Dubuisson Stokes, 821 Alexander Road, Suite 200, Princeton, NJ 08540-6352 |
| 15200073 | + | Edward John Brown, Jr., c/o Peter D. Friday, Esq., Friday & Cox, LLC, 1405 McFarland Road, Pittsburgh, PA 15216-2373 |
| 15221824 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15200072 | + | KeyBank N.A., s/b/m to First Niagara Bank, N.A., c/o Daniel C. Fleming, Esq., Wong Fleming, 821 Alexander Road, Suite 200 Princeton, NJ 08540-6352 |
| 15231033 | + | KeyBank National Association, 821 Alexander Road, Suite 200, Princeton, NJ 08540-6352 |
| 15200050 | + | Mr. Cooper, Attn: Customer Relations, P.O. Box 619098, Dallas, TX 75261-9098 |
| 15200068 | + | PNC Visa, P.O. Box 3429, Pittsburgh, PA 15230-3429 |
| 15200061 | + | State Collection Services, Inc., P.O. Box 1280, Oaks, PA 19456-1280 |
| 15200059 | + | Trans World Systems, 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 15200071 | + | UPMC (University of Pittsburgh Medical Center), 2 Hot Metal Street Dist., Room 386, Pittsburgh, PA 15203-2348 |
| 15226601 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15226589 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 18 2021 04:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 18 2021 03:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 18 2021 04:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 18 2021 03:56:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Feb 18 2021 04:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15200053 | + | EDI: AMEREXPR.COM | Feb 18 2021 04:08:00 | American Express, P.O. Box 981535, El Paso, TX 79998-1535 |
| 15215409 | | EDI: BECKLEE.COM | Feb 18 2021 04:08:00 | American Express National Bank, c/o Becket and |

District/off: 0315-2 | User: admin | Page 2 of 3
Date Rcvd: Feb 17, 2021 | Form ID: 318 | Total Noticed: 41

| | | | |
|---|---|---|---|
| | | | Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15200054 | + EDI: CAPITALONE.COM | Feb 18 2021 04:08:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15219433 | EDI: BL-BECKET.COM | Feb 18 2021 04:08:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15200055 | + EDI: RMSC.COM | Feb 18 2021 04:08:00 | Care Credit/Synchrony Bank, P.O. Box 96504, Orlando, Florida 32896-0001 |
| 15200063 | + EDI: CITICORP.COM | Feb 18 2021 04:08:00 | Citi Bank/Best Buy, P.O. Box 790441, St. Louis, MO 63179-0441 |
| 15200064 | EDI: DISCOVER.COM | Feb 18 2021 04:08:00 | Discover Card, P.O. Box 30943, Salt Lake City, UT 84130 |
| 15202535 | EDI: DISCOVER.COM | Feb 18 2021 04:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15200065 | EDI: RMSC.COM | Feb 18 2021 04:08:00 | JC Penney, Credit Services, c/o SYNCB, P.O. Box 965009, Orlando, FL 32896-5009 |
| 15200058 | EDI: JPMORGANCHASE | Feb 18 2021 04:08:00 | Chase Amazon Prime, P.O. Box 15298, Wilmington, DE 19850 |
| 15200056 | EDI: JPMORGANCHASE | Feb 18 2021 04:08:00 | Chase Slate VISA, P.O. Box 1529, Wilmington, DE 19850 |
| 15200066 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Feb 18 2021 03:56:00 | Key Bank Mastercard, P.O. Box 89438, Cleveland, OH 44101-6438 |
| 15200051 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Feb 18 2021 03:57:00 | KeyBank, 127 Public Square, Cleveland, OH 44114-1226 |
| 15200067 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 18 2021 03:54:00 | Kohls, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 15231952 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 18 2021 02:41:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15200069 | + EDI: RMSC.COM | Feb 18 2021 04:08:00 | QVC Card, P.O. Box 965020, Orlando, FL 32896-5020 |
| 15233278 | + EDI: RMSC.COM | Feb 18 2021 04:08:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15200188 | + EDI: RMSC.COM | Feb 18 2021 04:08:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15233529 | + Email/Text: bncmail@w-legal.com | Feb 18 2021 03:56:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15200070 | + EDI: WTRRNBANK.COM | Feb 18 2021 04:08:00 | Target Visa, P.O. Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| District/off: 0315-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 17, 2021 | Form ID: 318 | Total Noticed: 41 |

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley  Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Michael C. Mazack | on behalf of Debtor Scott J Frankel mmazack@lynchlaw-group.com |
| Michael C. Mazack | on behalf of Joint Debtor Shelly T Frankel mmazack@lynchlaw-group.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter D Friday | on behalf of Interested Party Edward J. Brown pfriday@fridaylaw.com  sramesh@Fridaylaw.com,glepre@fridaylaw.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 8