## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) BANKRUPTCY NO. 20-20542-CMB |
| SCOTT J. FRANKEL AND | ) |
| SHELLY T. FRANKEL, | ) CHAPTER 13 |
| | ) |
| Debtors | ) |
| | ) |
| SCOTT J. FRANKEL AND | ) |
| SHELLY T. FRANKEL, | ) |
| | ) |
| Movants, | ) Docket No. _____ |
| v. | ) |
| | ) |
| CHAS M. SLEDD COMPANY, | ) |
| | ) |
| Respondents. | ) |

### PROPOSED ORDER OF COURT

AND NOW, this _____ day of _____, 2021, in consideration of the within Motion to Avoid Judicial Lien, it is hereby ORDERED, ADJUDGED and DECREED that Respondent's Motion is GRANTED. The judgment lien held by Chas M. Sledd Company in the amount of $616,937.27 filed in the Court of Common Pleas of Westmoreland County, Pennsylvania at Case No. 3718 of 2019 shall be and is hereby avoided.

IT IS FURTHER ORDERED that Chas M. Sledd Company is hereby directed to file any and all appropriate paperwork with the Prothonotary of Westmoreland County, Pennsylvania to make said judgment lien as satisfied.

BY THE COURT:

_____, J