IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | BANKRUPTCY NO. 20-20542-CMB |
| SCOTT J. FRANKEL AND ) | |
| SHELLY T. FRANKEL, ) | CHAPTER 7 |
| ) | |
| Debtors ) | |
| ) | |
| SCOTT J. FRANKEL AND ) | |
| SHELLY T. FRANKEL, ) | |
| ) | |
| Movants, ) | Docket No. _____ |
| v. ) | |
| ) | |
| CHAS M. SLEDD COMPANY, ) | |
| ) | |
| Respondents. ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I caused a true and correct copy of the Motion to Avoid Judicial Lien filed in this matter to be served by the Court's Electronic Filing System and by First Class Mail, postage prepaid, on February 26, 2021 upon the following:

Chas M. Sledd Copmany
c/o Bernstein-Burkley, P.C.
707 Grant Street, Suite #2200
Pittsburgh, Pennsylvania 15219

Charles O. Zebley, Esq.
Ch. 7 Trustee
P.O. Box 2124
Uniontown, Pennsylvania 15401

United States Trustee
Office of the U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Dated: February 26, 2021

LYNCH LAW GROUP
*/s/ Michael C. Mazack*
Michael C. Mazack,
Esq. *Counsel for Movant*