# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) BANKRUPTCY NO. 20-20542-CMB |
| SCOTT J. FRANKEL AND | ) |
| SHELLY T. FRANKEL, | ) CHAPTER 7 |
| | ) |
| Debtors | ) |
| | ) |
| SCOTT J. FRANKEL AND | ) |
| SHELLY T. FRANKEL, | ) |
| | ) |
| Movants, | ) Docket No. _____ |
| v. | ) |
| | ) |
| CHAS M. SLEDD COMPANY, | ) |
| | ) |
| Respondents. | ) |

**EXHIBITS FOR MOTION TO AVOID JUDICIAL LIEN OF CHAS M. SLEDD COMPANY**

Filed on behalf of:
Scott J. and Shelly T. Frankel,
Debtors/Movants

Counsel of Record for this Party:

Michael C. Mazack, Esquire
Pa. I.D. No. 205742

The Lynch Law Group, LLC
501 Smith Drive, Suite 3
Cranberry Township, PA 16066
724-776-8000
mmazack@lynchlaw-group.com

IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA
CIVIL DIVISION

CHAS. M. SLEDD COMPANY, d/b/a
TEAM SLEDD,

Civil Action No. 3723 of 2017

    Plaintiff

v.

SCOTT FRANKEL and SHELLY FRANKEL,
husband and wife, Personal Guarantors,

    Defendants

### NOTICE OF JUDGMENT OR ORDER

TO:  ( ) Plaintiff
      (xx) Defendant
      ( ) Garnishee

Your are hereby notified that the following Order or Judgment was entered against you on July 26, 2017.

(xx)  Assumpsit Judgment in the amount of $448,500.00 plus costs.

( )  Trespass Judgment in the amount of $_____ plus costs.

Scott Frankel
111 Wynwood Court
Irwin, PA 15642

( )  If not satisfied within sixty (60) days, your motor vehicle operator's license and/or registration will be suspended by the Department of Transportation, Bureau of Traffic Safety, Harrisburg, PA.

(xx)  Entry of Judgment of
      ( ) Court Order
      ( ) Non-Pros
      (xx) Confession
      ( ) Default
      ( ) Verdict
      ( ) Arbitration Award

**THIS IS A NOTICE ONLY**

Prothonotary

By: *Christina O'Brien*
PROTHONOTARY (OR DEPUTY)


EXHIBIT A

IN THE COURT OF COMMON PLEAS OF WESTMORELAND COUNTY, PENNSYLVANIA
CIVIL DIVISION

CHAS M. SLEDD
COMPANY,

    Plaintiff

v.

TRIANGLE CANDY &
TOBACCO COMPANY, INC.,
SCOTT FRANKEL,
SHELLY FRANKEL,

    Defendants

Civil Action No.

3718 of 2018

### NOTICE OF JUDGMENT OR ORDER

TO:  ( ) Plaintiff
      (xx) Defendant
      ( ) Garnishee

Your are hereby notified that the following Order or Judgment was entered against you on __8/20/18__.

**THIS IS A NOTICE ONLY**

Scott Frankel
111 Wynwood Court
Irwin, PA 15642

(xx)  Assumpsit Judgment in the amount of $616,937.27 plus costs.

( )  Trespass Judgment in the amount of $_____ plus costs.

( )  If not satisfied within sixty (60) days, your motor vehicle operator's license and/or registration will be suspended by the Department of Transportation, Bureau of Traffic Safety, Harrisburg, PA.

(xx)  Entry of Judgment of
      (xx) Court Order
      ( ) Non-Pros
      ( ) Confession
      ( ) Default
      ( ) Verdict
      ( ) Arbitration Award

Prothonotary
By: _____
PROTHONOTARY (OR DEPUTY)

EXHIBIT
B