# PROCEEDING MEMO

**Date: 03/31/2021 02:30 pm**

**In re:**   Scott J Frankel
Shelly T Frankel

Bankruptcy No. 20-20542-CMB
Chapter: 7
Doc. # 43

**Appearances Via Zoom:**  Michael C. Mazack

**Nature of Proceeding:** #43 Motion to Avoid Lien with Chas M. Sledd Company

**Additional Pleadings:** #46 Exhibit A & B to Motion
#50 Notice of Hearing
#51 & #52 Certificate of Service
 CNO not filed

**Judge's Notes:**
-Hearing was left on because CNO was not filed.
OUTCOME: Motion granted. Order will be entered striking last paragraph.

Carlota Böhm
Chief U.S. Bankruptcy Judge

FILED
3/31/21 3:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA