# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | BANKRUPTCY NO. 20-20542-CMB |
| SCOTT J. FRANKEL AND ) | |
| SHELLY T. FRANKEL, ) | CHAPTER 7 |
| ) | |
| Debtors ) | |
| ) | |
| SCOTT J. FRANKEL AND ) | |
| SHELLY T. FRANKEL, ) | |
| ) | |
| Movants, ) | Docket No. ___55_____ |
| v. ) | |
| ) | |
| CHAS M. SLEDD COMPANY, ) | |
| ) | |
| Respondents. ) | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2021, in consideration of the within Motion to Determine Secured Status, it is hereby ORDERED, ADJUDGED and DECREED that Respondent's Motion is GRANTED. The fair market value of the property is hereby determined to be $250,000.00; (ii) the Respondent, Chas M. Sledd Company, holds a secured claim against the Property in the amount of $46,902.30; and (iii) the Respondent, Chas M. Sledd Company, holds an unsecured claim in the amount of $401,507.70.

BY THE COURT:

_____, J