IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | BANKRUPTCY NO. 20-20542-CMB |
| SCOTT J. FRANKEL AND ) | |
| SHELLY T. FRANKEL, ) | CHAPTER 7 |
| ) | |
| Debtors ) | |
| ) | |
| SCOTT J. FRANKEL AND ) | |
| SHELLY T. FRANKEL, ) | |
| ) | |
| Movants, ) | Docket No. 55 |
| v. ) | |
| ) | |
| CHAS M. SLEDD COMPANY, ) | |
| ) | |
| Respondents. ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I caused a true and correct copy of the **Motion to Determine Secured Status and the Notice of Hearing for Motion to Determine Secured Status** filed in this matter to be served by the Court's Electronic Filing System and by First Class Mail, postage prepaid, on April 1, 2021 upon the following:

Chas M. Sledd Copmany
c/o Bernstein-Burkley, P.C.
707 Grant Street, Suite #2200
Pittsburgh, Pennsylvania 15219

Charles O. Zebley, Esq.
Ch. 7 Trustee
P.O. Box 2124
Uniontown, Pennsylvania 15401

United States Trustee
Office of the U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Dated: April 1, 2021

LYNCH LAW GROUP
*/s/ Michael C. Mazack*
Michael C. Mazack,
Esq. *Counsel for Movant*