IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | BANKRUPTCY NO. 20-20542-CMB |
| SCOTT J. FRANKEL AND ) | |
| SHELLY T. FRANKEL, ) | CHAPTER 7 |
| ) | |
| Debtors ) | |
| ) | |
| SCOTT J. FRANKEL AND ) | |
| SHELLY T. FRANKEL, ) | |
| ) | Docket No. 43 |
| Movants, ) | |
| v. ) | |
| ) | |
| CHAS M. SLEDD COMPANY, ) | |
| ) | |
| Respondents. ) | |

## PROPOSED ORDER OF COURT

AND NOW, this ___31st___ day of ___March___, 2021, in consideration of the within Motion to Avoid Judicial Lien, it is hereby ORDERED, ADJUDGED and DECREED that Respondent's Motion is GRANTED. The judgment lien held by Chas M. Sledd Company in the amount of $616,937.27 filed in the Court of Common Pleas of Westmoreland County, Pennsylvania at Case No. 3718 of 2019 shall be and is hereby avoided.

BY THE COURT:

FILED
3/31/21 3:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_, dmk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20542-CMB |
| Scott J Frankel | Chapter 7 |
| Shelly T Frankel | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
| Date Rcvd: Mar 31, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott J Frankel, Shelly T Frankel, 111 Wynwood Court, Irwin, PA 15642-4741 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2021                    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Michael C. Mazack | on behalf of Debtor Scott J Frankel mmazack@lynchlaw-group.com jmiller@lynchlaw-group.com;ddileva@lynchlaw-group.com |
| Michael C. Mazack | on behalf of Joint Debtor Shelly T Frankel mmazack@lynchlaw-group.com jmiller@lynchlaw-group.com;ddileva@lynchlaw-group.com |

District/off: 0315-2 | User: dsaw | Page 2 of 2
Date Rcvd: Mar 31, 2021 | Form ID: pdf900 | Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter D Friday
    on behalf of Interested Party Edward J. Brown pfriday@fridaylaw.com  sramesh@Fridaylaw.com,glepre@fridaylaw.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8