# PROCEEDING MEMO

**Date: 04/28/2021 01:30 pm**

**In re:**  Scott J Frankel
Shelly T Frankel

Bankruptcy No. 20-20542-CMB
Chapter: 7
Doc. # 55

**Appearances: Keila Estevez, Danielle DiLeva**

**Nature of Proceeding: #55 Motion to Determine Secured Status**

**Additional Pleadings:**  #56 Proposed Order
#57 Notice of Hearing
#58 Certificate of Service
#60 Response of Chas M. Sledd Company

**Judge's Notes:**
-DiLeva: Request 45-day continuance to obtain an appraisal of the property.
-Estevez: With an appraisal may be able to come to an agreement with Debtor about value.
OUTCOME: Status conference on motion continued to 6/28 at 1:30 pm. Parties should be prepared at the continued hearing to inform the Court on how they intend to proceed.
-If parties work issues out, can file consent order or stipulation and cancel continued hearing.

Carlota Böhm
Chief U.S. Bankruptcy Judge

FILED
4/29/21 7:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20542-CMB |
| Scott J Frankel | Chapter 7 |
| Shelly T Frankel | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
| Date Rcvd: Apr 29, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott J Frankel, Shelly T Frankel, 111 Wynwood Court, Irwin, PA 15642-4741 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | |
| | COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | |
| | on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Keila Estevez | |
| | on behalf of Creditor Chas M. Sledd Company kestevez@bernsteinlaw.com |
| Michael C. Mazack | |
| | on behalf of Debtor Scott J Frankel mmazack@lynchlaw-group.com jmiller@lynchlaw-group.com;ddileva@lynchlaw-group.com |
| Michael C. Mazack | |
| | on behalf of Joint Debtor Shelly T Frankel mmazack@lynchlaw-group.com |

District/off: 0315-2 | User: dsaw | Page 2 of 2
Date Rcvd: Apr 29, 2021 | Form ID: pdf900 | Total Noticed: 1

       jmiller@lynchlaw-group.com;ddileva@lynchlaw-group.com

Office of the United States Trustee
       ustpregion03.pi.ecf@usdoj.gov

Peter D Friday
       on behalf of Interested Party Edward J. Brown pfriday@fridaylaw.com  sramesh@Fridaylaw.com,glepre@fridaylaw.com

S. James Wallace
       on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 9