# PROCEEDING MEMO

**Date: 06/28/2021 01:30 pm**

In re:   Scott J Frankel
         Shelly T Frankel

                                    Bankruptcy No. 20-20542-CMB
                                    Chapter: 7
                                    Doc. # 55

**Appearances: Danielle DiLeva, Keila Estevez (not present)**

**Nature of Proceeding: #55 Continued Motion to Determine Secured Status**

**Additional Pleadings:**  #56 Proposed Order
                           #60 Response of Chase M. Sledd Company
                           #61 Proceeding Memo dated 4/28/2021

**Judge's Notes:**
-DiLeva: Appraisal was completed but we do not know the final figure. Request 30-day continuance to attempt to settle matter.
OUTCOME: Continued to 8/10 at 2:30 pm.
-Attorney DiLeva to reach out to Attorney Estevez and ask why she did not attend today's hearing.

                                    **Carlota Böhm**
                                    **Chief U.S. Bankruptcy Judge**

FILED
6/28/21 2:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Scott J Frankel  
Shelly T Frankel  
    Debtors

Case No. 20-20542-CMB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 2  
Date Rcvd: Jun 28, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott J Frankel, Shelly T Frankel, 111 Wynwood Court, Irwin, PA 15642-4741 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Keila Estevez | on behalf of Creditor Chas M. Sledd Company kestevez@bernsteinlaw.com |
| Michael C. Mazack | on behalf of Debtor Scott J Frankel mmazack@lynchlaw-group.com jmiller@lynchlaw-group.com;ddileva@lynchlaw-group.com |
| Michael C. Mazack | on behalf of Joint Debtor Shelly T Frankel mmazack@lynchlaw-group.com |

jmiller@lynchlaw-group.com;ddileva@lynchlaw-group.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter D Friday
    on behalf of Interested Party Edward J. Brown pfriday@fridaylaw.com  sramesh@Fridaylaw.com,glepre@fridaylaw.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 9