# PROCEEDING MEMO

**Date: 09/14/2021 01:30 pm**

**In re:** Scott J Frankel
Shelly T Frankel

Bankruptcy No. 20-20542-CMB
Chapter: 7
Doc. # 55

**Appearances:** Keila Estevez, Danielle DiLeva, Kate DeSimone

**Nature of Proceeding:** #55 Continued Motion to Determine Secured Status

**Additional Pleadings:** #56 Proposed Order
#57 Notice of Hearing
#58 Certificate of Service
#60 Response
#63 Proceeding memo dated 8/10/2021

**Judge's Notes:**
-Parties are still attempting to settle this matter.
OUTCOME:
-On or before 10/4, parties are to file a settlement or stipulated order.
-If a settlement or stipulated order cannot be filed, parties shall file a status report on or before 10/4.
-Parties will be sent to mediation if this matter hasn't been resolved.

FILED
9/15/21 8:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**