# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) BANKRUPTCY NO. 20-20542-CMB |
| SCOTT J. FRANKEL AND | ) |
| SHELLY T. FRANKEL, | ) CHAPTER 7 |
| | ) |
| Debtors | ) |
| | ) |
| SCOTT J. FRANKEL AND | ) |
| SHELLY T. FRANKEL, | ) |
| | ) |
| Movants, | ) Docket No. _____ |
| v. | ) |
| | ) |
| CHAS M. SLEDD COMPANY, | ) |
| | ) |
| Respondents. | ) |

## STIPULATION AGREEMEMT REGARDING THE MOTION TO DETERMINE SECURED STATUS

AND NOW, this _____ day of October 2021, upon consideration of the Motion to Determine Secured Status filed by Scott J. Frankel and Shelly T. Frankel, as husband and wife ("Movants"), the responses thereto, and upon agreement of the parties, the agreement is as follows:

1. Respondents shall have a secured claim in the amount of $77,500 (the "Secured Claim").

2. The remaining portion of Respondent, Chas M. Sledd Company's judgment of $371,000 shall be treated as a general unsecured claim.

3. Payment terms for the Secured Claim shall be outlined by further agreement of the parties.

4. This Stipulation may only be modified by a revised stipulation filed on the docket in this bankruptcy case. No oral modifications are permitted and any allegation that the Stipulation was modified orally will be disregarded as evidence.

BY THE COURT:

_____ J.

Agreed to this 4th day of October 2021.

| | |
|---|---|
| */s/ Michael C. Mazack* | */s/ Keila Estevez* |
| Michael C. Mazack, Esq. Pa. I.D. # 205742 | Keila Estevez, Esq. PA I.D. # 324601 |
| 501 Smith Drive, Suite 3 | kestevez@bernsteinlaw.com |
| Cranberry Township, PA 16066 | Keri P. Ebeck, Esq. PA I.D. # 91298 |
| Phone: (724) 776-8000 | kebeck@bernsteinlaw.com |
| Email: *mmazack@lynchlaw-group.com* | 707 Grant Street, Suite 2200 Pittsburgh, PA 15219 |
| | Phone:(412)456-8100 |
| | Fax: (412) 456-8135 |