## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) BANKRUPTCY NO. 20-20542-CMB |
| SCOTT J. FRANKEL AND | ) |
| SHELLY T. FRANKEL, | ) CHAPTER 7 |
| | ) |
| Debtors | ) |
| | ) |
| SCOTT J. FRANKEL AND | ) |
| SHELLY T. FRANKEL, | ) |
| | ) |
| Movants, | ) Docket No. _____ |
| v. | ) |
| | ) |
| CHAS M. SLEDD COMPANY, | ) |
| | ) |
| Respondents. | ) |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that I caused a true and correct copy of the **STIPULATION AGREEMEMT REGARDING THE MOTION TO DETERMINE SECURED STATUS** filed in this matter to be served by the Court's Electronic Filing System and by First Class Mail, postage prepaid, on October 4, 2021 upon the following:

Chas M. Sledd Copmany
c/o Bernstein-Burkley, P.C.
707 Grant Street, Suite #2200
Pittsburgh, Pennsylvania 15219

Charles O. Zebley, Esq.
Ch. 7 Trustee
P.O. Box 2124
Uniontown, Pennsylvania 15401

United States Trustee
Office of the U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Dated: October 4, 2021

LYNCH LAW GROUP
*/s/ Michael C. Mazack*
Michael C. Mazack,
Esq. *Counsel for Movant*