IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | BANKRUPTCY NO. 20-20542-CMB |
| SCOTT J. FRANKEL AND ) | |
| SHELLY T. FRANKEL, ) | CHAPTER 7 |
| ) | |
| Debtors ) | |
| ) | |
| SCOTT J. FRANKEL AND ) | |
| SHELLY T. FRANKEL, ) | |
| ) | |
| Movants, ) | Docket No. _____68_____ |
| v. ) | |
| ) | |
| CHAS M. SLEDD COMPANY, ) | |
| ) | |
| Respondents. ) | |

**STIPULATION AGREEMEMT REGARDING THE MOTION TO DETERMINE SECURED STATUS**

AND NOW, this ___5th___ day of October 2021, upon consideration of the Motion to Determine Secured Status filed by Scott J. Frankel and Shelly T. Frankel, as husband and wife ("Movants"), the responses thereto, and upon agreement of the parties, the agreement is as follows:

1. Respondents shall have a secured claim in the amount of $77,500 (the "Secured Claim").

2. The remaining portion of Respondent, Chas M. Sledd Company's judgment of $371,000 shall be treated as a general unsecured claim.

3. Payment terms for the Secured Claim shall be outlined by further agreement of the parties.

4. This Stipulation may only be modified by a revised stipulation filed on the docket in this bankruptcy case. No oral modifications are permitted and any allegation that the Stipulation was modified orally will be disregarded as evidence.

```
FILED                              BY THE COURT:
10/5/21 1:48 pm
CLERK
U.S. BANKRUPTCY                    Carlota M. Böhm
COURT - WDPA                                              dmk  J.
```

Agreed to this 4th day of October 2021.

/s/ Michael C. Mazack                     /s/ Keila Estevez
Michael C. Mazack, Esq. Pa. I.D. # 205742  Keila Estevez, Esq. PA I.D. # 324601
501 Smith Drive, Suite 3                  kestevez@bernsteinlaw.com
Cranberry Township, PA 16066              Keri P. Ebeck, Esq. PA I.D. # 91298
Phone: (724) 776-8000                     kebeck@bernsteinlaw.com
Email: mmazack@lynchlaw-group.com         707 Grant Street, Suite 2200 Pittsburgh, PA
                                          15219
                                          Phone:(412)456-8100
                                          Fax: (412) 456-8135

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20542-CMB |
| Scott J Frankel | Chapter 7 |
| Shelly T Frankel | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
| Date Rcvd: Oct 05, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott J Frankel, Shelly T Frankel, 111 Wynwood Court, Irwin, PA 15642-4741 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2021            Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | |
| | COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | |
| | on behalf of Trustee Charles O. Zebley  Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Keila Estevez | |
| | on behalf of Creditor Chas M. Sledd Company kestevez@bernsteinlaw.com |
| Michael C. Mazack | |
| | on behalf of Debtor Scott J Frankel mmazack@lynchlaw-group.com jdearment@lynchlaw-group.com;ddileva@lynchlaw-group.com |

District/off: 0315-2 User: dsaw Page 2 of 2
Date Rcvd: Oct 05, 2021 Form ID: pdf900 Total Noticed: 1

Michael C. Mazack
        on behalf of Joint Debtor Shelly T Frankel mmazack@lynchlaw-group.com
        jdearment@lynchlaw-group.com;ddileva@lynchlaw-group.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Peter D Friday
        on behalf of Interested Party Edward J. Brown pfriday@fridaylaw.com sramesh@Fridaylaw.com,glepre@fridaylaw.com

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 9